IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ABDULLA AHMED, et al.                                          PLAINTIFFS

V.                              CIVIL ACTION NO. 5:21-cv-58-DCB-BWR

CITY OF NATCHEZ, MISSISSIPPI, et al.                           DEFENDANTS

ORDER SETTING TRIAL DATE

THIS MATTER comes before the Court, sua sponte, to schedule the trial date in this case.

Accordingly,

IT IS HEREBY ORDERED that the trial of this case will begin July 8, 2024, at 9:00 a.m., in Natchez, Mississippi.

SO ORDERED, this 1st day of February, 2024.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE